UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM BRENT WALLACE,<br><br>Defendant. | 2:11-CR-00094-PMP-CWH<br><br>**ORDER** |

On November 16, 2011, the Court received the attached letter from Defendant Adam Wallace. The letter is self-explanatory. Counsel is advised to file any motions they deem appropriate with the Court.

**IT IS SO ORDERED.**

DATED: November 17, 2011.

PHILIP M. PRO
United States District Judge

RECEIVED
CHAMBERS OF
NOV 1 6 2011
PHILIP M. PRO
U.S DISTRICT JUDGE

Adam Brent Wallace #1606904
N.S.D.C. Rm BB 201B
2190 E. Mesquite Ave
Pahrump NV 89060
November 14, 2011

Honorable Judge Phillip M. Pro
333 South Las Vegas Blvd
Las Vegas NV 89101

Dear Honorable Judge Phillip Pro,

I'm writing to Request A new Assistant Federal Public Defender for Case #2:11-CR-0094 PMP LRL. I have feel like I have been Miss-Representive in my Case. My AFPD William Carrico has Admitted to me on September 12, 2011 that he Added the Offense Level Points Wrong. He told me I was Looking At 70 Months. I'm not sure on how to Request A New AFPD Since this is My First time. He Allso Asked me how to beat My own Case while I Should be Asking him that. He Asked me that on First Two Attorney Visits. Thanks.

Sincerely,
Adam B. [signature]