UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM BRENT WALLACE,<br><br>Defendant. | 2:11-CR-00094-PMP-CWH<br><br>**ORDER** |

Having reviewed *de novo* the Report and Recommendation (Doc. #50) entered November 2, 2012, by the Honorable C. W. Hoffman, Jr., United States Magistrate Judge, and Defendant Wallace having failed to file a timely Objection thereto, and it further being clear that the Recommendation of the Magistrate Judge should be affirmed,

**IT IS ORDERED** that the Report and Recommendation of Magistrate Judge Hoffman is hereby AFFIRMED and that Defendant Wallace's Motions to Suppress (Doc. #48) and Motion to Waive Untimely Objection (Doc. #49) are DENIED.

DATED:  November 26, 2012.

PHILIP M. PRO
United States District Judge