UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ADAM BRENT WALLACE,<br><br>        Defendant. | 2:11-CR-00094-PMP-CWH<br>2:12-CV-02085-PMP<br><br>**ORDER** |

Because it is unclear precisely what relief Defendant Wallace seeks by his "Directions to the Clerk" (Doc. #77),

**IT IS ORDERED** that Defendant Wallace's Directions to the Clerk (Doc. #77) are **DENIED**.

DATED: April 17, 2013.

                                                      _____
                                                      PHILIP M. PRO
                                                      United States District Judge