UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ADAM BRENT WALLACE, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | 2:11-CR-00094-PMP-CWH <br> 2:12-CV-02085-PMP <br> <br> **ORDER** |

Because it is unclear precisely what relief Defendant Wallace seeks by his "Directions to the Clerk" (Doc. #77),

**IT IS ORDERED** that Defendant Wallace's Directions to the Clerk (Doc. #77) are **DENIED**.

DATED: April 17, 2013.

_____
PHILIP M. PRO
United States District Judge