UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ADAM BRENT WALLACE,<br><br>    Defendant. | 2:11-CR-00094-PMP-CWH<br>2:12-CV-02085-PMP<br><br>**ORDER** |

**IT IS ORDERED** that Defendant Wallace's Motion to Waive Untimely Objection (Doc. #85) is **DENIED**, and that Defendant's Motion to Suppress Evidence (Doc. #86) is hereby **STRICKEN**.

DATED: July 29, 2013.

_____
PHILIP M. PRO
United States District Judge