UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )   2:11-cr-00094-PMP-CWH-1
        Plaintiff,  )   MOTION TO DISMISS DOCKET
vs.  )   ENTRY #95 NOTICE OF APPEAL
ADAM BRENT WALLACE,  )
        Defendant.  )

NOW INTO COURT comes Adam Wallace, the defendant, with this Motion To Dismiss Docket Entry #95 Notice Of Appeal. And States:

The Defendant received an updated Docket Entry on October 1st, 2013, and notice that the Docket Entry #95 Notice Of Appeal, was meant for Docket Entry #94 and not Docket Entry #90. The Defendant has sent a New Notice Of Appeal for Docket Entry #94.

Therefore, the Defendant ask this Honorable Court to Grant this Motion To Dismiss Docket Entry #95 Notice of Appeal.

GRANTED.

_____
PHILIP M. PRO, U.S. District Judge
October 21, 2013

RESPECTFULLY SUBMITTED

_____
ADAM WALLACE, Pro Se
R# 16069-043
FCI OAKDALE
PO BOX 5000
OAKDALE LA 71463-5000

CERTIFICATE OF SERVICE

I HEREBY CERRTIFY that a true and correct copy of this foregoing Motion To Dismiss Docket Entry #95 Notice of Appeal has been mailed postage pre-paid on this 2nd day of October 2013, to the Assistant United States Attorney, Adam M. Flake, at 333 Las Vegas Blvd South, Suite 5000, Las Vegas, NV 89101.