UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00094-PMP-CWH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ADAM BRENT WALLACE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS ORDERED** that Defendant Brent Wallace's Motion for Reconsideration of Ruling on Motion to Dismiss Indictment for Failure to State an Offense (CR99) (Doc. #108) is **DENIED**.

DATED: December 9, 2013.

_____
PHILIP M. PRO
United States District Judge