UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM BRENT WALLACE,<br><br>Defendant. | 2:11-CR-00094-PMP-CWH<br><br>**ORDER** |

On March 26, 2014, the Honorable C. W. Hoffman, Jr., United States Magistrate Judge entered a Report and Recommendation (Doc. #125), recommending that Defendant's Motion to Dismiss Indictment (Doc. #121) be denied. Defendant Wallace filed a timely Objection on April 3, 2014 (Doc. #127). The Court having conducted a *de novo* review of the proceedings, and finding that the recommendation of the Magistrate Judge should be affirmed, and good cause appearing,

**IT IS ORDERED** that Defendant's Objections (Doc. #127) are OVERRULED, and the recommendation of Magistrate Judge Hoffman (Doc. #125) is hereby AFFIRMED.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Indictment (Doc. #121) is DENIED.

DATED: April 4, 2014.

_____
PHILIP M. PRO
United States District Judge