**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No.  2:11-cr-00094-PMP-CWH |
| vs. ) | **ORDER** |
| ADAM WALLACE, ) | |
| Defendant. ) | |

     This matter is before the Court on Defendant's Motion for Court Record (#142), filed January 20, 2015.  Defendant requests that the Clerk of Court forward the entire record to him to aid in his upcoming motion for summary reversal he anticipates filing before the Ninth Circuit Court of Appeals.  On December 1, 2014, the Ninth Circuit entered an order denying Defendant's request because he "has not demonstrated this case warrants the intervention of this court by means of the extraordinary remedy of mandamus."  *See* Order (#140).  In addition, the Ninth Circuit indicated that the case before it was closed and that "no further filings will be entertained."  *Id*.  Accordingly,

     **IT IS HEREBY ORDERED** that Defendant's Motion for Court Record (#142) is **denied**.

     DATED: January 27, 2015.

                                                                            _____
                                                                           **C.W. Hoffman, Jr.**
                                                                           **United States Magistrate Judge**