# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:11-CR-0094-KJD-CWH |
| v. | **ORDER** |
| ADAM BRENT WALLACE, | |
| Defendant. | |

Presently before the Court is Defendant's Motion to Correct Clerical Error (#157). Defendant asserts that the judgment lists the wrong offense of conviction. However, the offense of conviction listed in the Amended Judgment (#34), 18 U.S.C. § 2252A(a)(2) Receipt of Child Pornography, is the offense to which he pled guilty. See Plea Memorandum, Docket No. 21. Defendant did not plead guilty to both Receipt and Possession. Therefore, amending the judgment to show that Defendant was adjudicated guilty of both offenses would be incorrect. Further, it is unnecessary to include the offense beginning date in the judgment.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Correct Clerical Error (#157) is **DENIED**.

DATED this 31st day of March 2017.

_____
Kent J. Dawson
United States District Judge