| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 2:11CR00094 |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Nevada | U.S. Probation Office |
| Adam Brent Wallace 8421 US Highway 98 Lot 25 Sumrall, Mississippi 39482 | NAME OF SENTENCING JUDGE | |
| | Philip M. Pro | |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|---|
| | | 4/8/2018 | |

**OFFENSE**
18 USC 2252A (a)(2)   Receipt of Child Pornography

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada _____

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Southern District of Mississippi_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/9/18
_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___ Southern ___ DISTRICT OF ___ Mississippi ___

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*