# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                Plaintiff,

   v.

Adam Brent Wallace

                Defendant.

JUDGMENT

Case Number: 2:11-cr-00094-KJD-CWH

(Related case: 2:15-cv-00526-KJD-CWH)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Plaintiff United States of America and against Defendant Adam Brent Wallace. IT IS FURTHER ORDERED that Defendant is DENIED a Certificate of Appealability.

10/30/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk